THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AGNES MITREFF

and GEORGE MITREFF, Appellants.— Judgment of conviction affirmed. All concur, except Hubbs, P. J., and Sears, J., who dissent and vote for reversal and a new trial on the facts. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.